Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| DONNA BLAKE, | ) **Case No.:** |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| ER SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S COMPLAINT

DONNA BLAKE, through her attorneys, KROHN & MOSS, LTD., alleges the following against ER SOLUTIONS, INC.:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

- 1 -

PLAINTIFF'S COMPLAINT

5.  Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6.  Plaintiff is a natural person residing in the city of Tucson, county of Pima, state of Arizona.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a national collection agency and conducts business in Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiff and hung up the phone.

13. Plaintiff sent Defendant a cease and desist letter.

14. Defendant continued to call Plaintiff after receiving cease and desist letter.

15. Defendant refused to send Plaintiff debt validation letter.

16. Defendant was hostile with Plaintiff.

17. Defendant threatened Plaintiff with lawsuit.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a.  Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff

PLAINTIFF'S COMPLAINT

after written notification that consumer wants collector to cease communication.

b.  Defendant violated *§1692d* of the FDCPA by conducting in a nature with the natural consequences of which to harass, oppress, or abuse any person.

c.  Defendant violated *§1692d(2)* of the FDCPA by using profane or abusive language.

d.  Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

e.  Defendant violated *§1692e* of the FDCPA by using other false, deceptive, or misleading representation or means in connection with the debt collection.

f.  Defendant violated *§1692e(5)* of the FDCPA threatening to take legal action against Plaintiff even though Defendant did not intend to take such action.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, DONNA BLAKE, respectfully requests judgment be entered against Defendant, ER SOLUTIONS, INC., for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, DONNA BLAKE, demands a jury trial in this cause of action.

PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RESPECTFULLY SUBMITTED,

DATED:  August 12, 2009          KROHN & MOSS, LTD.


By: _____ _

Ryan Lee
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

1

2

3

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

4

STATE OF ARIZONA

5

      Plaintiff, DONNA BLAKE, states as follows:

6

  1.     I am the Plaintiff in this civil proceeding.

  2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe

7
        that all of the facts contained in it are true, to the best of my knowledge, information
        and belief formed after reasonable inquiry.

8

  3.     I believe that this civil Complaint is well grounded in fact and warranted by existing
        law or by a good faith argument for the extension, modification or reversal of existing

9
        law.

  4.     I believe that this civil Complaint is not interposed for any improper purpose, such as

10
        to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
        needless increase in the cost of litigation to any Defendant(s), named in the

11
        Complaint.

  5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.

12
  6.     Each and every exhibit I have provided to my attorneys which has been attached to
        this Complaint is a true and correct copy of the original.

13
  7.     Except for clearly indicated redactions made by my attorneys where appropriate, I
        have not altered, changed, modified or fabricated these exhibits, except that some of

14
        the attached exhibits may contain some of my own handwritten notations.

15

      Pursuant to 28 U.S.C. § 1746(2), I, DONNA BLAKE, hereby declare (or certify,
verify or state) under penalty of perjury that the foregoing is true and correct.

16

17

DATE:_____      _____
                               DONNA BLAKE

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## <u>EXHIBIT A</u>

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT B</u>**

PLAINTIFF'S COMPLAINT