Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. STE 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
DONNA BLAKE

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA-TUCSON COURTHOUSE**

| | |
|---|---|
| DONNA BLAKE, | Case No.: 4:09-cv-00462-CKJ |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| ER SOLUTIONS, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, DONNA BLAKE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: December 9, 2009       KROHN & MOSS, LTD.


By: /s/ Ryan Lee                              _

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Settlement