IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DONNA BLAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>ER SOLUTIONS, INC.,<br><br>    Defendant. | No. CIV 09-462-TUC-CKJ<br><br>**ORDER** |

Based on the Stipulation to Dismiss by all appearing parties and pursuant to Fed.R.Cvi.P. 41(a)(1),

IT IS ORDERED:

1. This matter is DISMISSED WITH PREJUDICE.
2. The Clerk of the Court shall close its file in this matter.

DATED this 19th day of January, 2010.

Cindy K. Jorgenson
United States District Judge